UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL IP SOLUTIONS INC, | No. C 09-01883 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| NETEASE.COM INC, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 7, 2009, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **August 21, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear as ordered by the Court for the case management conference on August 7, 2009, at 1:30 p.m., and for failure to prosecute this action. A case management conference is also scheduled for August 21, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 10, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge