# Flashpoint Law, Inc.

VIA E-FILING

November 3, 2009

US Magistrate Judge Spero
Northern District Court of California – San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Global IP Solutions, Inc. v. NetEase.com, Inc., Case No. CV 09-1883 JCS

Dear Magistrate Judge Spero:

With the Court's permission, I would like appear at the Friday, November 13 case management conference in the GIPS v. NetEase matter via telephone. I will be reachable at (650) 539-4019.

Sincerely,

/s/ Shirish Gupta

Shirish Gupta, Esq.

Dated: 11/4/9



IT IS SO ORDERED
Judge Joseph C. Spero

3 Waters Park Drive, Suite 224, San Mateo, CA 94403   Phone: 650 539-4019   Fax: 650 638-9620
sgupta@flashpointlaw.com   www.flashpointlaw.com