1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  PATRICK J. ZHANG (CA SBN 251392)
   PZhang@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   NETEASE.COM, INC. AND NETEASE BEIJING
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 | GLOBAL IP SOLUTIONS, INC.,            | Case No. CV 09-1883 JCS
13 |          Plaintiff,                   | **STIPULATION REGARDING SERVICE OF PROCESS**
14 |     v.                                |
15 | NETEASE.COM, INC. and NETEASE BEIJING,|
16 |          Defendants.                  |

17

18 IT IS HEREBY STIPULATED that Defendants NetEase.Com, Inc. and NetEase Beijing

19 (collectively "NetEase") agree to accept service of process by electronic mail to its undersigned

20 counsel, Patrick J. Zhang, at the address indicated herein.  Except for objections to the absence of

21 a summons or of service, NetEase will retain all defenses or objections to the lawsuit or to the

22 jurisdiction or venue of court.

23 IT IS FURTHER STIPULATED, by and between undersigned counsel, that service of process by

24 electronic mail was completed on November 12, 2009.  The deadline for NetEase to file a

25 responsive pleading is Wednesday, December 2, 2009.

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | Dated: November 12, 2009 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Patrick J. Zhang |
| 4 | | PATRICK J. ZHANG |
| 5 | | Attorneys for Defendants |
| | | NETEASE.COM, INC. AND |
| 6 | | NETEASE BEIJING |
| 7 | Dated: November 12, 2009 | FLASHPOINT LAW, INC. |
| 8 | | |
| 9 | | By: /s/ ON BEHALF OF |
| 10 | | SHIRISH GUPTA |
| 11 | | Attorneys for Plaintiff |
| | | GLOBAL IP SOLUTIONS, INC. |

Dated: 11/13/9

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING SERVICE OF PROCESS
CV 09-1883 JCS
sf-2765669

2