| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | PATRICK J. ZHANG (CA SBN 251392) |
| | PZhang@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants |
| | NETEASE.COM, INC. AND NETEASE BEIJING |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL IP SOLUTIONS, INC., | Case No. CV 09-1883 JCS |
| Plaintiff, | **STIPULATION REGARDING SERVICE OF PROCESS** |
| v. | |
| NETEASE.COM, INC. and NETEASE BEIJING, | |
| Defendants. | |

IT IS HEREBY STIPULATED that Defendants NetEase.Com, Inc. and NetEase Beijing (collectively "NetEase") agree to accept service of process by electronic mail to its undersigned counsel, Patrick J. Zhang, at the address indicated herein. Except for objections to the absence of a summons or of service, NetEase will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of court.

IT IS FURTHER STIPULATED, by and between undersigned counsel, that service of process by electronic mail was completed on November 12, 2009. The deadline for NetEase to file a responsive pleading is Wednesday, December 2, 2009.

//

//

//

STIPULATION REGARDING SERVICE OF PROCESS
CV 09-1883 JCS
sf-2765669

Dated: November 12, 2009     MORRISON & FOERSTER LLP

By: /s/ Patrick J. Zhang
PATRICK J. ZHANG

Attorneys for Defendants
NETEASE.COM, INC. AND
NETEASE BEIJING

Dated: November 12, 2009     FLASHPOINT LAW, INC.

By: /s/ ON BEHALF OF
SHIRISH GUPTA

Attorneys for Plaintiff
GLOBAL IP SOLUTIONS, INC.

Dated: 11/13/9



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING SERVICE OF PROCESS
CV 09-1883 JCS
sf-2765669

2