| | |
|---|---|
| 1 | FLASHPOINT LAW, INC.<br>SHIRISH GUPTA (SBN 205584)<br>3 Waters Park Drive, Suite 224<br>San Mateo, CA 94403<br>Telephone: (650) 283-5539<br>Facsimile: (650) 638-9620<br><br>Attorneys for Plaintiff Global IP Solutions, Inc. |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL IP SOLUTIONS, INC.,<br><br>                      Plaintiff,<br><br>   v.<br><br>NETEASE.COM, INC. and NETEASE, BEIJING,<br>                      Defendants. | Case No. CV-09-1883 JCS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING |

At the end of the November 13, 2009 Case Management Conference, the Court scheduled a further Case Management Conference for December 4, 2009 at 1:30 p.m. In light of the compressed schedule, the parties, Plaintiff Global IP Solutions, Inc. and Defendants NetEase.Com, Inc. and NetEase Beijing, by and through their undersigned attorneys, stipulate to the following schedule for pre-conference due dates:

November 20, 2009 will be the last day to:

- meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan;
- file ADR Certification signed by Parties and Counsel; and
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

The parties further stipulate that November 27, 2009 will be the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

Dated: November 17, 2009        FLASHPOINT LAW, INC.

                                By: /s/ Shirish Gupta
                                       Shirish Gupta

                                Attorneys for Plaintiff Global IP Solutions, Inc.

Dated: November 17, 2009        MORRISON & FOERSTER LLP

                                By: /s/ Patrick J. Zhang
                                       Patrick J. Zhang

                                Attorneys for Defendants

                                Netease.com, Inc. and Netease Beijing

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___Nov. 18___, 2009      _____
                                JOSEPH C. SPERO
                                United States Magistrate Judge

---

1

JOINT STIPULATION AND ~~PROPOSED~~ ORDER; CASE NO: CV 09-1883 JCS

SF-2767803