# Flashpoint Law, Inc.

VIA E-FILING

March 11, 2010

US Magistrate Judge Spero
Northern District Court of California – San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Global IP Solutions, Inc. v. NetEase.com, Inc., Case No. CV 09-1883 JCS

Dear Magistrate Judge Spero:

I am happy to report that the parties have come to an agreement in principle with the help of the mediator and are currently negotiating the terms of a written settlement agreement.  As such, we ask that the upcoming status conference be continued to April 9 to give the parties sufficient time to execute and perform the terms of the settlement agreement.

Sincerely,

/s/ Shirish Gupta

Shirish Gupta, Esq.

IT IS HEREBY ORDERED that the further case management conference, currently set for 3/19/10 at 1:30 p.m., be continued to April 16, 2010, at 1:30 p.m.
IT IS SO ORDERED.

Dated:  March 11, 2010

*[Signature: Judge Joseph C. Spero, United States District Court, Northern District of California seal]*