| | |
|---|---|
| 1 | FLASHPOINT LAW, INC. |
| 2 | SHIRISH GUPTA (SBN 205584)<br>3 Waters Park Drive, Suite 224 |
| 3 | San Mateo, CA 94403<br>Telephone: (650) 283-5539 |
| 4 | Facsimile: (650) 638-9620<br>sgupta@flashpointlaw.com |
| 5 | Attorneys for Plaintiff Global IP Solutions, Inc. |
| 6 | |
| 7 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com |
| 8 | PATRICK J. ZHANG (CA SBN 251392)<br>PZhang@mofo.com |
| 9 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 10 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 11 | Facsimile: 415.268.7522 |
| 12 | Attorneys for Defendants<br>NETEASE.COM, INC. and NETEASE |
| 13 | BEIJING |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLOBAL IP SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NETEASE.COM, INC. and NETEASE, BEIJING,<br><br>Defendants. | Case No. CV-09-1883 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Mag. Judge Spero |

Pursuant to a settlement agreement between the parties and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Global IP Solutions, Inc and Defendants Netease.com, Inc. and Netease Beijing, through their Attorneys of Record, hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety. Each party shall bear its own costs and fees.

Dated: April 12, 2010       FLASHPOINT LAW, INC.

By: /s/ Shirish Gupta
    Shirish Gupta

Attorneys for Plaintiff Global IP Solutions, Inc.

Dated: April 12, 2010       MORRISON & FOERSTER LLP

By: /s/ Patrick J. Zhang
    Patrick J. Zhang

Attorneys for Defendants Netease.com, Inc. and Netease Beijing

E-Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Shirish Gupta hereby attests that concurrence in the filing of this document has been obtained from Patrick Zhang.

[~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED. This matter is hereby dismissed with prejudice in its entirety and each party shall bear its own costs and fees.

Dated: April 12, 2010       By: _____
                                 [Magistrate] Judge
                                 Judge Joseph C. Spero

---

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE; CASE NO: CV 09-1883 JCS