FLASHPOINT LAW, INC.
SHIRISH GUPTA (SBN 205584)
3 Waters Park Drive, Suite 224
San Mateo, CA 94403
Telephone: (650) 283-5539
Facsimile: (650) 638-9620
sgupta@flashpointlaw.com

Attorneys for Plaintiff Global IP Solutions, Inc.

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
PATRICK J. ZHANG (CA SBN 251392)
PZhang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NETEASE.COM, INC. and NETEASE
BEIJING

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL IP SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETEASE.COM, INC. and NETEASE, BEIJING, <br><br> Defendants. | Case No. CV-09-1883 JCS <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE <br><br> Mag. Judge Spero |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE; CASE NO: CV 09-1883 JCS

Pursuant to a settlement agreement between the parties and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Global IP Solutions, Inc and Defendants Netease.com, Inc. and Netease Beijing, through their Attorneys of Record, hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety.  Each party shall bear its own costs and fees.

Dated:  April 12, 2010                    FLASHPOINT LAW, INC.

                                          By: /s/ Shirish Gupta
                                              Shirish Gupta

                                          Attorneys for Plaintiff Global IP Solutions, Inc.

Dated:  April 12, 2010                    MORRISON & FOERSTER LLP

                                          By:  /s/ Patrick J. Zhang
                                               Patrick J. Zhang

                                          Attorneys for Defendants Netease.com, Inc.
                                          and Netease Beijing

E-Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Shirish Gupta hereby attests that concurrence in the filing of this document has been obtained from Patrick Zhang.

[~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.  This matter is hereby dismissed with prejudice in its entirety and each party shall bear its own costs and fees.

Dated:  April 12, 2010                    By: _____
                                              [Magistrate Judge]
                                              Judge Joseph C. Spero

---

1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE; CASE NO: CV 09-1883 JCS